UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

ELIOT S. SASH,

                      Plaintiff,

-vs-

NEW YORK STATE DIVISION OF
PAROLE, et al.,

                      Defendants.

-----------------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 3 0 2005 ★
BROOKLYN OFFICE

ORDER OF DISMISSAL
FOR FAILURE TO PROSECUTE

CV-05-231   (NGG)

GARAUFIS, J.

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since JANUARY 14, 2005 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

                                              SO ORDERED.

                                              _/s/_____
                                              NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
                June 21, 2005