UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ELIOT S. SASH,

      Plaintiff,

 -against-

NEW YORK STATE DIVISION OF
PAROLE, et al.,

      Defendants.

-------------------------------------------------------------------X

JUDGMENT
05-CV- 0231 (NGG)

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 3 0 2005 ★

**BROOKLYN OFFICE**

   An Order of Honorable Nicholas G. Garaufis, United States District Judge, having

been filed on June 30, 2005, dismissing the case without prejudice for failure to prosecute;

it is

   ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and

that the case is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
   June 30, 2005

            ROBERT C. HEINEMANN
            Clerk of Court